UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE L. DANDY,<br><br>        Plaintiff,<br><br>v.<br><br>CHECKR INC.,<br><br>        Defendant. | Case No. 24-cv-06631-VC<br><br>**ORDER GRANTING MOTION TO STAY PENDING ARBITRATION**<br><br>Re: Dkt. Nos. 14, 16 |

The parties' Motion to Stay Pending Outcome of Arbitration is granted, Checkr's Motion to Compel Arbitration is denied as moot, and the case is stayed pending arbitration. *See Smith v. Spizzirri*, 601 U.S. 472, 478 (2024). The parties are ordered to file a joint status report every 120 days until the arbitration is terminated. If the parties prefer to avoid this obligation, they may stipulate to dismiss this action without prejudice and that the defendant waives any statute of limitations defense based on the period the dispute is with the arbitrator.

**IT IS SO ORDERED.**

Dated: December 4, 2024

VINCE CHHABRIA
United States District Judge